UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PATRICK B KEOUGH | § | Case No. 11-43747 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          219 S. Dearborn Street
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/16/2013 in Courtroom 744,
          United States Courthouse
          219 S. DEARBORN ST. CHGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/13/2012          By: Gregg Szilagyi
                                                               Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
§
PATRICK B KEOUGH   §   Case No. 11-43747
§
Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 49,257.18 |
| and approved disbursements of | $ | 97.26 |
| leaving a balance on hand of[1] | $ | 49,159.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 5,675.72 | $ 0.00 | $ 5,675.72 |
| Attorney for Trustee Fees: SHAW GUSSIS | $ 2,860.00 | $ 0.00 | $ 2,860.00 |
| Attorney for Trustee Expenses: SHAW GUSSIS | $ 5.10 | $ 0.00 | $ 5.10 |
| Total to be paid for chapter 7 administrative expenses | | | $ 8,540.82 |
| Remaining Balance | | | $ 40,619.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,063,161.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | $ 1,422.35 | $ 0.00 | $ 54.34 |
| 2 | FIA CARD SERVICES, N.A. | $ 4,059.90 | $ 0.00 | $ 155.11 |
| 3 | MB Financial Bank, N.A. | $ 1,057,678.76 | $ 0.00 | $ 40,409.65 |
| | Total to be paid to timely general unsecured creditors | | $ | 40,619.10 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 36,034.33 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Bayview Loan Servicing, LLC | $ 36,034.33 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                                Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Patrick B Keough  
    Debtor

Case No. 11-43747-ERW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dramey    Page 1 of 2    Date Rcvd: Dec 14, 2012  
Form ID: pdf006    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2012.

```
db          +Patrick B Keough,    12326 South Richard Avenue,    Palos Heights, IL 60463-1357
17981926     American Express,    PO Box 981535,    El Paso, TX 79998-1535
18341374     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17981928    +Arnstein & Lehr,    120 South Riverside Plaza,    Suite 1200,    Chicago, IL 60606-3910
17981930     Bank of America,    PO Box 982235,    El Paso, TX 79998-2235
17981932     Bank of America Home Loans,    Attn: Customer Service,    P.O. Box 5170,
              Simi Valley, CA 93062-5170
17981934    +Barnes & Thornburg,    Attn: Jaafar A. Riazi,    One North Wacker Drive,    Suite 4400,
              Chicago, IL 60606-2841
17981936     Bayview Loan Servicing,    P.O. Box 331409,    Miami, FL 33233-1409
19146200    +Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
              Coral Gables, Florida 33146-1837
17981938    +Chicago South Sutter 2nd Investors, LLC,    7700 College Town Drive,    Suite 250,
              Sacramento, CA 95826-2303
18376682     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17981940    +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
17981946    +Great Lakes Bank, NA,    13057 South Western Avenue,    Blue Island, IL 60406-2418
17981948    +Heavner, Scott, Beyers & Mihlar,    111 East Main Street,    Suite 200,    PO Box 740,
              Decatur, IL 62525-0740
17981950    +James T. Keough,    12002 South 69th Street,    Palos Heights, IL 60463-1635
17981953    +Law Offices of Thomas J. Knuth,    103 East Main Street,    Peotone, IL 60468-9229
17981957    +MB Financial Bank,    6111 North River Road,    Des Plaines, IL 60018-5111
17981959   +++MB Financial Bank, N.A.,    Deborah Thorne,    Barnes & Thornburg, LLP,    1 North Wacker Drive,
              Chicago, IL 60606-2841
17981961     Springcreek, LLC,    25634 S. Kensington Lane,    Minooka, IL 60447
17981963    +Statman, Haris & Eyrich, LLC,    3700 Carew Tower,    441 Vine Street,    Cincinnati, OH 45202-3009
17981965    +Synergy Law Group, LLC,    730 West Randolph Street,    Suite 600,    Chicago, IL 60661-2150
17981967    +William Smith,    8102 West 119th Street,    Suite 150,    Palos Park, IL 60464-3081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17981944    +E-mail/Text: fmb.bankruptcy@firstmidwest.com Dec 15 2012 03:16:55     First Midwest Bank,
              50 West Jefferson Street,    Joliet, IL 60432-4399
17981942    +E-mail/Text: fmb.bankruptcy@firstmidwest.com Dec 15 2012 03:16:55     First Midwest Bank,
              f/k/a Peotone Bank and Trust Company,    50 West Jefferson Street,    Joliet, IL 60432-4400
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17981955   ##+Despina Manta,    6931 Lennox,    University Park, FL 34201-2257
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2012**      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1         User: dramey              Page 2 of 2           Date Rcvd: Dec 14, 2012
                             Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2012 at the address(es) listed below:

```
              Christina M Riepel    on behalf of Defendant Patrick B Keough gstern2@flash.net
              Denise A Delaurent     on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
              Faiq  Mihlar    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for First Midwest
               Bank shellyhood@hsbattys.com,
               jenniferewins@hsbattys.com;heathergiannino@hsbattys.com;bk4hsbm@gmail.com
              Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Gregg  Szilagyi    on behalf of Trustee Gregg  Szilagyi gs@tailserv.com,
               gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Gregory K Stern    on behalf of Debtor Patrick B Keough gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Defendant Patrick B Keough gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Heather M Giannino    on behalf of Plaintiff    Bayview Loan Servicing, LLC
               heathergiannino@hsbattys.com,  jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              Monica C O'Brien    on behalf of Defendant Patrick B Keough gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com,  il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Gregg  Szilagyi rfogel@shawfishman.com
                                                                                             TOTAL: 12
```