UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
PATRICK B KEOUGH                        §    Case No. 11-43747
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Gregg Szilagyi_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| SHAW FISHMAN | | | | | |
| SHAW FISHMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | | | | | |
| 4 | Bayview Loan Servicing, LLC | | | | | |
| 2 | FIA CARD SERVICES, N.A. | | | | | |
| 3 | MB Financial Bank, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 11-43747 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | PATRICK B KEOUGH | | | | | Date Filed (f) or Converted (c): | 10/27/11 (f) |
| | | | | | | 341(a) Meeting Date: | 12/05/11 |
| For Period Ending: 08/07/13 | | | | | | Claims Bar Date: | 03/07/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH | 75.00 | 75.00 | | 0.00 | 75.00 |
| 2 | CHECKING, SAVINGS, ETC. - HARRIS | 92.00 | 92.00 | | 0.00 | 92.00 |
| 3 | CHECKING, SAVINGS, ETC. - UNITED TRUST | 500.00 | 500.00 | | 0.00 | 500.00 |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 875.00 | 0.00 | | 0.00 | 0.00 |
| 5 | WEARING APPAREL | 750.00 | 0.00 | | 0.00 | 0.00 |
| 6 | FURS AND JEWELRY - WEDDING RING | 200.00 | 200.00 | | 0.00 | 200.00 |
| 7 | SPORTS AND HOBBY EQUIPMENT - SNOWBOARD BIKES GOLF CLUBS | 150.00 | 150.00 | | 0.00 | 150.00 |
| 8 | INSURANCE POLICIES - WEST COAST TERM POLICY | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | STOCK - BRENDAN DEVELOPMENT LLC 50% MEMBERSHIP INTEREST | 0.00 | 0.00 | OA | 0.00 | 0.00 |
| 10 | STOCK - CHICAGO SOUTH SUTTER SECOND INVESTORS LLC 6.315 % | Unknown | 0.00 | OA | 0.00 | 0.00 |
| 11 | STOCK - KEOUGH PROPERTIES INC. 25% SHAREHOLDER | 0.00 | 0.00 | OA | 0.00 | 0.00 |
| 12 | STOCK - NEIGHBORHOOD AUTO SALES INC. 49% SHAREHOLDER | 0.00 | 0.00 | OA | 0.00 | 0.00 |
| 13 | STOCK - SANDLOT 7 LLC 50% MEMBER INTEREST | 0.00 | 0.00 | OA | 0.00 | 0.00 |
| 14 | STOCK - SPRING CREEK INVESTMENT LLC | 0.00 | 0.00 | OA | 0.00 | 0.00 |
| 15 | STOCK - CATARATA DEL GOLFO SA 25% MEMBER INTEREST | Unknown | 0.00 | OA | 0.00 | 0.00 |
| 16 | STOCK - KEOUGH REALTY PARTNERSHIP LP 50% PARTNER INTEREST | 0.00 | 0.00 | OA | 0.00 | 0.00 |
| 17 | ACCOUNTS RECEIVABLE JUDGMENT AGAINST KEVIN KEOUGH ($25000) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | AUTOMOBILE 2007 HONDA ACCORD | 6,810.00 | 6,810.00 | | 6,500.00 | FA |
| 19 | AUTOMOBILE 2006 HONDA ODYSSEY SPORT VAN | 8,816.00 | 8,816.00 | | 13,500.00 | FA |
| 20 | TAX REFUND (u) | Unknown | 0.00 | | 18,257.00 | FA |
| 21 | AVOIDANCE ACTION - AGAINST SPOUSE | Unknown | 0.00 | | 11,000.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.18 | Unknown |

Gross Value of Remaining Assets

FORM 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-43747   ERW   Judge: Eugene R. Wedoff | Trustee Name: Gregg Szilagyi |
| Case Name: | PATRICK B KEOUGH | Date Filed (f) or Converted (c): 10/27/11 (f) |
| | | 341(a) Meeting Date: 12/05/11 |
| For Period Ending: 08/07/13 | | Claims Bar Date: 03/07/12 |

TOTALS (Excluding Unknown Values)           $18,268.00           $16,643.00           $49,257.18           $1,017.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   12/31/12     Current Projected Date of Final Report (TFR):   / /

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-43747
Case Name: PATRICK B KEOUGH
Taxpayer ID No: XX-XXX8905
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9680 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| 08/08/12 | 20 | US TREASURY | TAX REFUND | | 1224-000 | 18,257.00 | | 18,257.00 |
| 08/08/12 | | PATRICK KEOUGH | PURCHASE OF ASSETS AND SETTLEMENT | | | 31,000.00 | | 49,257.00 |
| | | | Gross receipts | 31,000.00 | | | | |
| | 18 | | AUTOMOBILE 2007 HONDA ACCORD | 6,500.00 | 1129-000 | | | |
| | 19 | | AUTOMOBILE 2006 HONDA ODYSSEY SPORT VAN | 13,500.00 | 1129-000 | | | |
| | 21 | | AVOIDANCE ACTION - AGAINST SPOUSE | 11,000.00 | 1141-000 | | | |
| 08/30/12 | INT | Bank of America | | | 1270-000 | 0.18 | | 49,257.18 |
| 08/30/12 | | Bank of America | | | 2600-000 | | 35.58 | 49,221.60 |
| 08/30/12 | | Transfer to Acct#XXXXXX5997 | Transfer of Funds | | 9999-000 | | 49,221.60 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 49,257.18 | 49,257.18 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 49,221.60 | |
| Subtotal | 49,257.18 | 35.58 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 49,257.18 | 35.58 | |

Page Subtotals: 49,257.18   49,257.18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 11-43747
Case Name: PATRICK B KEOUGH
Taxpayer ID No: XX-XXX8905
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5997 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9680 | Transfer of Funds | 9999-000 | 49,221.60 | | 49,221.60 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | 30.34 | 49,191.26 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | 31.34 | 49,159.92 |
| 01/16/13 | 001002 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 5,675.72 | 43,484.20 |
| 01/16/13 | 001003 | SHAW GUSSIS<br>321 NORTH CLARK STREET<br>CHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 2,860.00 | 40,624.20 |
| 01/16/13 | 001004 | SHAW GUSSIS<br>321 NORTH CLARK STREET<br>CHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | 5.10 | 40,619.10 |
| 01/16/13 | 001005 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (Final distribution to Claim 1, representing a Payment of 3.82% per court order.) | 7100-000 | | 54.34 | 40,564.76 |
| 01/16/13 | 001006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | (Final distribution to Claim 2, representing a Payment of 3.82% per court order.) | 7100-000 | | 155.11 | 40,409.65 |
| 01/16/13 | 001007 | MB Financial Bank, N.A.<br>Deborah Thorne<br>Barnes & Thornburg, LLP<br>1 North Wacker Drive<br>Chicago, IL 60606 | (Final distribution to Claim 3, representing a Payment of 3.82% per court order.) | 7100-000 | | 40,409.65 | 0.00 |
| | | | Page Subtotals | | 49,221.60 | 49,221.60 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 11-43747
Case Name: PATRICK B KEOUGH
Taxpayer ID No: XX-XXX8905
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5997 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  |  | COLUMN TOTALS | 49,221.60 | 49,221.60 | 0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's | 49,221.60 | 0.00 | |
|  |  |  | Subtotal | 0.00 | 49,221.60 | |
|  |  |  | Less: Payments to Debtors | 0.00 | 0.00 | |
|  |  |  | Net | 0.00 | 49,221.60 | |

|  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | MONEY MARKET ACCOUNT - XXXXXX9680 | 49,257.18 | 35.58 | 0.00 |
|  | Checking Acccount - XXXXXX5997 | 0.00 | 49,221.60 | 0.00 |
|  |  | 49,257.18 | 49,257.18 | 0.00 |
|  |  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts:        0.00
Total Net Deposits:           49,257.18
Total Gross Receipts:         49,257.18

Page Subtotals    0.00    0.00